**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **UNIBEAM PHOTONICS, LLC,** | |
| Plaintiff, | Case No. 2:15-cv-1811 |
| v. | |
| | **CONSOLIDATED CASE** |
| **AKELA LASER CORPORATION, *et al.*,** | |
| | **LEAD CASE** |
| Defendants. | |
| **UNIBEAM PHOTONICS, LLC,** | |
| Plaintiff, | Case No. 2:15-cv-1823 |
| v. | |
| **LUMENTUM OPERATIONS LLC,** | |
| Defendant. | |

**ORDER OF DISMISSAL OF ALL CLAIMS BETWEEN**
**PLAINTIFF UNIBEAM AND DEFENDANT LUMENTUM, WITH PREJUDICE**

On this day, the Court considered the Agreed Motion to Dismiss with Prejudice filed by Plaintiff Unibeam Photonics, LLC ("Unibeam"), and agreed to by Defendant Lumentum Operations LLC ("Lumentum"). Based on the Agreed Motion and the grounds asserted therein, the Court is of the opinion that the Agreed Motion should be GRANTED.

It is, therefore, ORDERED that all claims asserted by Plaintiff Unibeam against Defendant Lumentum, and all counterclaims asserted by Defendant Lumentum against Plaintiff Unibeam in this action are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, attorneys' fees and expenses.

**SIGNED this 18th day of May, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE